| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION** | **VOLUNTARY PETITION**<br><br>Case No.  10 |
| Name of Debtor (if individual, enter Last, First, Middle:<br>**RUTH ANDERSON** | Name of Joint Debtor (Spouse): |
| All other names used by Debtor in the past eight (8) years:<br>(include married, maiden and trade names) | All other names used by Joint Debtor in the past eight (8) years: |
| Social Security/EIN/Tax ID No. (if more than one, state all):<br>XXX-XX-XXXX | Social Security/EIN/Tax ID No. (if more than one, state all): |
| Street Address of Debtor:<br>959 Grand Canyon Parkway  #104<br>Hoffman Estates, Illinois  60169 | Street Address of Joint Debtor: |
| County of Residence or Principal Place of Business<br>Cook | County of Residence or Place of Business |
| Mailing Address of Debtor or of Joint Debtor (if different from street address) | |
| Location of Principal Assets of Business Debtor (if different from street address): | |

**Type of Debtor**
X__     Individual
___     Corporation
___     Partnership
___     Other (if not one
Of above entities, state
Type of entity below)

**Type of Business**
__ Health Care Business
__ Single Asset Real Estate as defined
    in 11 U.S.C. Section 101(51B)
__ Railroad
__ Stockbroker
__ Commodity Broker
__ Clearing Bank
__ Other
**Tax-Exempt Entity**
__ Debtor is a tax-exempt
organization under Title 26
United States Code (the Internal
Revenue Code).

**Chapter of Bankruptcy Code of Filing**
_X_  Chapter 7         __ Chapter 15 Petition
__ Chapter 9              for Recognition of
__ Chapter 11            Foreign Main Proceeding
__ Chapter 12          __ Chapter 15 Petition for
__ Chapter 13            Recognition of a Foreign
                                     Nonmain Proceeding
**Nature of Debts**
X__ Primarily Consumer __ Primarily business
Debts, defined in 11 USC
101(8) as "incurred by an
individual primarily for a
personal, family or house-
hold purpose."
**Chapter 11 Debtors**
__Debtor is a small business under 11 USC
    101(51D).
__ Debtor is not a small business under 11
    USC 101(51D).

__ Debtor's aggregate noncontingent
liquidated debts (excluding debts owed to
insiders or affiliates) are less than  $2,190,000.

          **Filing Fee**
__        Full filing fee attached
_X_     Filing fee to be paid in installments (individuals
only).  Must attach signed application for court's consideration
certifying That debtor is unable to pay fee except in installments.
Rule 1006(b).  See Official Form 3A.
__         Filing Fee waiver requested (Chapter 7 individuals
Only).  Must attch signed application for court's consideration.
See Official Form 3B.
**Statistical / Administrative Information**
_____     Debtor estimates that funds will be available for distribution to unsecured creditors.
X___      Debtor estimates that, after exempt property is excluded and administrative expenses
              paid, there  will be no funds available for distribution to unsecured creditors.
**Estimated Number of Creditors**
X__  1 – 49          ____  50 – 99        ____  100 or more
**Estimated Assets**
X__      $0 – $50,000        ____     $50,001 - $100,000 ____ $100,001 or greater
**Estimated Debts**
X__      $0 – $50,000        ____     $50,001 - $100,000 ____ $100,001 or greater

**VOLUNTARY PETITION**         Name of Debtor(s):                                          Page 2
**RUTH ANDERSON**

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:           Case Number:           Date of Filing:

**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing:           Case Number:           Date of Filing:
District:                     Relationship:          Judge:

**Exhibit A**
(To be completed if Debtor is required
To file periodic reports with the Securities
and Exchange Commission and requesting
relief under Chapter 11).
___ Exhibit A attached.

**Exhibit B** (to be completed if debtor is an individual whose debts are primarily consumer debts)
I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have informed the Petitioner(s) that she may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, and explained to her the relief available under each Chapter. I certify that I have delivered to Debtor the notice required by Title 11 USC Section 342(b).
_____/s/_Michael J. Greco_____  8/09/2010
Signature of Michael J. Greco, Attorney for Debtor(s)   Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).
X__ Exhibit D completed and signed by the Debtor is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts

**Information regarding the Debtor -- Venue**
X_ Debtor has been domiciled or had a residence or principal place of business in this District for 180 days preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)

_____
(Name of Landlord that obtained judgment)
(Address of Landlord)

__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the 30-day period after filing of the petition.
__ Debtor certifies that he has served the Landlord with this certification. (11 USC Section 362(1)).

**VOLUNTARY PETITION**          Name of Debtor(s):                    Page 3
**RUTH ANDERSON**

**SIGNATURES**
**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct. [If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file under Chapter 7:]  I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available to me under each Chapter, and choose to proceed under Chapter 7.


_____/s/_____
Signature of Debtor RUTH ANDERSON


**Signature of Attorney\***


Respectfully submitted,

By:_____/s/\_Michael J. Greco \_\_\_
Michael J. Greco, Attorney for Debtor(s)
70 W. Hubbard Street
Suite 302
Chicago, Illinois  60654
(312) 222-0599
Atty. No. 06201254

Date:  8/09/2010


\*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**In re:  RUTH ANDERSON, Debtor**                              Case No. 10

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

___X___  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's name and mailing address | H W J C | Date claim was incurred, nature of lien, and description and Market Value of Property subject to lien | Amount of Claim without deducting Value of Collateral | Unsecured Portion if any |
|---|---|---|---|---|
| | | TOTAL | $0.00 | |

__0__ continuation sheets attached                              (Report also on Summary of Schedules)

**In re: RUTH ANDERSON, Debtor        Case No. 10**

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

_X_  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
Check box next to each category for which claims are listed:
__ Extensions of credit in an involuntary case.  11 U.S.C. Sec. 507(a)(2)
__ Wages, salaries and commissions payable to employees, sales representatives.  11 U.S.C. Sec. 507(a)(3)
__ Contributions to employee benefit plans.  11 U.S.C. Section 507(a)(4)
__ Certain farmers and fishermen. .  11 U.S.C. Section 507(a)(5)
__ Deposits by individuals. .  11 U.S.C. Section 507(a)(6)
__ Alimony, Maintenance or Support.  Claims of former spouse or child.  11 U.S.C. Section 507(a)(7)
__ Taxes and certain debts owed to governmental units.  11 U.S.C. Section 507(a)(8)
__ Commitments to maintain the capital of an insured depositary institution.  11 U.S.C. Section 507(a)(9)

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim | Amount entitled to Priority | Amount NOT entitled to priority |
|---|---|---|---|---|---|---|
| | | | | | | |

                                            TOTAL              $0.00

__0__ continuation sheets attached                    (Report also on Summary of Schedules)

**In re: RUTH ANDERSON, Debtor        Case No. 10**

**SCHEDULE F -- Creditors Holding Unsecured Nonpriority Claims**

_____ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's name and mailing address | H W J C | Date claim was incurred, and consideration for claim | C U D | Amount of Claim |
|---|---|---|---|---|
| Acct 7981924142123652<br>Aegis Receivables Mgt. Inc..<br>For G E Capital<br>PO Box 3458<br>San Rafael, CA  94912-3458 | | Revolving Credit line | | $516.32 |
| Acct No.  495448<br>Riexinger & Ass.<br>for The Bureaus, Inc.<br>PO Box 956188<br>Duluth, GA  30095-9504 | | Revolving Credit line | | $3,747.11 |
| Acct No.  6380 0087 0641 2913<br>First National Collection Bureau<br>for Bedford Fair<br>610 Waltham Way<br>Sparks, NV  89434 | | Revolving Credit line | | $256.75 |
| Acct No.  7302898241653218<br>CBE Group Inc.<br>for Citibank<br>PO Box 2695<br>Waterloo, IA  50704 | | Revolving Credit line | | $3,138.00 |
| Acct No.  6035320208904019<br>Consumer Recovery Assoc.<br>for Citibank Home Depot<br>2697 International Prkwy #270<br>Virginia Beach, VA  23452-7803 | | Revolving Credit line | | $996.00 |
| Acct No. 304438<br>Groot Industries Inc.<br>PO Box 92107<br>Elk Grove Village, IA  60009 | | Utilities | | $430.00 |

__3__ continuation sheets attached        Page 1 of 4        Subtotal page 1   $9,084.18

| | | |
|---|---|---|
| Acct No. 0404517751<br>Credit Management LP<br>for Comcast<br>PO Box 118288<br>Carrollton, TX   75011-8288 | Utilities | $96.07 |
| Acct. 2334<br>North Star Capital Acquisition Inc<br>for Capital One<br>PO Box 390846<br>Minneapolis, MN   55439 | Revolving Credit Line | $3,825.00 |
| Acct. 2H4ZC1<br>NCO Financial Systems, Inc<br>For Nicor Gas<br>PO Box 15740<br>Wilmington, DE   19850-5740 | Utilities | $91.00 |
| Acct. 3P5KC0<br>NCO Financial Systems, Inc<br>For Target Natl Bank<br>PO Box 15740<br>Wilmington, DE   19850-5740 | Revolving Credit Line | $550.00 |
| Acct. KXR285<br>NCO Financial Systems, Inc<br>For Capital One Bank<br>PO Box 15894<br>Wilmington, DE   19850-5894 | Revolving Credit Line | $5,533.00 |
| Acct. 15524635<br>Academy Collection Service Inc<br>For Citibank<br>PO Box 16119<br>Philadelphia, PA   19114-0119 | Revolving Credit Line | $937.00 |
| Acct. 17364772<br>Associated Recovery Systems<br>For Capital One Bank<br>PO Box 469047<br>Escondido, CA   92046-9047 | Revolving Credit Line | $1,294.00 |
| Acct. 17236267<br>Associated Recovery Systems<br>For LVNV Funding<br>PO Box 469099<br>Escondido, CA   92046-9099 | Revolving Credit Line | $942.00 |

__2__ continuation sheet attached         Page 2 of 4         Subtotal page 2   $13,268.07

| | | |
|---|---|---|
| Acct. N5216614<br>Redline Recovery<br>For HSBC Bank Nevada<br>11675 Rainwater Drive #350<br>Alpharetta, GA  30009 | Revolving Credit Line | $1,047.00 |
| Acct No.  2419373<br>Blatt Hasenmiller Leibsker<br>for Portfolio Recovery<br>125 S. Wacker Dr.  #400<br>Chicago, IL  60606-4440 | Revolving Credit line | $1,476.00 |
| Acct No.  2537940<br>Blatt Hasenmiller Leibsker<br>for Chase Bank<br>125 S. Wacker Dr.  #400<br>Chicago, IL  60606-4440 | Revolving Credit line | $1,580.00 |
| Acct No.  90102424834440001<br>Nissan Motor Acceptance<br>PO Box 660366<br>Dallas, TX  75266-0366 | Deficiency claim on vehicle loan | $6,140.00 |
| Acct. 3652<br>Northland Group Inc<br>For GE Capital  Lowe's<br>PO Box 390846<br>Minneapolis, MN  55439 | Revolving Credit Line | $652.00 |
| Acct. 08130309<br>Harvard Collection Services<br>for Schaumburg Fire Dept.<br>4839 N. Elston Ave.<br>Chicago, IL  60630 | Ambulance Bill | $738.00 |
| Acct. 2636404005<br>Contract Callers Inc<br>for ComEd<br>PO Box 212489<br>Augusta, GA  30917-2489 | Utilities | $305.00 |
| 08610002074579<br>Neopath SC<br>520 E. 22d St.<br>Lombard, IL  60148 | Medical services | $464.00 |

                                  Page 3 of 4       Subtotal page 3       $12,402.00

__1__ continuation sheets attached                    (Report also on Summary of Schedules)

| | | |
|---|---|---|
| 001148904<br>MEA-AEA LLC<br>PO Box 366<br>Hinsdale,, IL  60521 | Medical services | $1,399.00 |
| 227795<br>Midwest Heart Specialties<br>1919 S. Highland Ave.  118C<br>Lombard, IL  60148 | Medical services | $90.00 |
| 20376<br>Center for Sports Orthopaedics<br>1585 N. Barrington Rd.  101<br>Hoffman Estates, IL  60169 | Medical services | $344.00 |
| 6748445<br>Midwest Recovery Specialists<br>2250 E. Devon Ave.  352<br>Des Plaines, IL  60018 | Medical services | $829.00 |

Page 4 of 4    Subtotal page 4    $2,662.00

TOTAL    $37,416.25

__1__ continuation sheets attached                  (Report also on Summary of Schedules)

**In re:  RUTH ANDERSON, Debtor**          **Case No. 10**

**DECLARATION CONCERNING DEBTOR' SCHEDULES**

DECLARATION UNDER PENALTY FOR PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of eight sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated:        8/09/2010


Signature (electronic):_____/S/_____
                            **RUTH ANDERSON**